1

2

3

4                                                                    JS-6

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALFORNIA, WESTERN DIVISION**

10

11
    BARBARA FELDER, an individual, on ) CASE NO. 2:19-cv-04559 MWF (ASx)
12  behalf of herself and all others similarly )
    situated and aggrieved,                    ) Hon. Michael W. Fitzgerald
13                                              )
14            Plaintiff,                        )
                                                ) **ORDER GRANTING JOINT**
15      v.                                      ) **STIPULATION TO REMAND**
                                                ) **ACTION TO STATE COURT**
16                                              )
    TBI AIRPORT MANAGEMENT, INC., a )
17  Delaware Corporation; TBI US               )
18  OPERATIONS, INC., a Delaware               )
    Corporation; AIRPORTS WORLDWIDE )
19  US HOLDINGS, INC., a Delaware              )
20  Corporation; and DOES 1 to 100,            )
    inclusive,                                 )
21                                             )
22            Defendants.                       )
                                               )
23  _____ )

24

25

26

27

28

JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1    Having reviewed and considered the Parties' Joint Stipulation To Remand
2 Action to State Court, for good cause appearing the Court in the above-captioned
3 action hereby GRANTS the Parties' stipulation as follows:
4    IT IS ORDERED that the action is remanded to the State Court from which it
5 originated.
6    IT IS FURTHER ORDERED that the clerk of this Court is to send a certified
7 copy of this Order to the clerk of the State Court.

8

9 Dated: June 24, 2019

10

11                              By: _____
12                                  Hon. Michael W. Fitzgerald
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO PERMIT PLAINTIFF TO FILE FIRST AMENDED COMPLAINT